FILED
May 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002631513

DIANA J. CAVANAUGH (S.B. #148582)
Attorney at Law
2801 Concord Blvd.
Concord, CA 94519
(925) 827-9900

Attorney for Debtor
BUNTY BAWA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bk. No. 10-31574-C-7 |
| | Chapter 7 |
| BUNTY BAWA, | MOTION TO REQUIRE TRUSTEE TO ABANDON PROPERTY |
| | Date: June 15, 2010<br>Time: 9:30 a.m.<br>Dept.:35, 6th Floor<br>Location:U.S. Bankruptcy Court,<br>501 I Street, Sacramento, CA 95814 |
| Debtor. / | |

Comes now Bunty Bawa, Debtor, and would move the Court for an order requiring the Chapter 7 trustee to abandon the following described property:

1. Interest in sole proprietorship, Tony's Ice Cream, zero value; and

2. 1974 Chevrolet step van used in business, value of $600.00.

3. On April 30, 2010, Debtor filed this case under Chapter 7 of the Bankruptcy Code. Respondent is duly qualified Trustee of the estate of the Moving Party.

-1-

4. A party in interest may file and serve a motion requiring the trustee or debtor in possession to abandon property of the estate. <u>United States Bankruptcy Rule 6008</u>.

5. Debtor operates an ice cream truck in Vallejo, California. The business is a sole proprietorship. The address of the business is debtor's home address: 256 Valley Oak Ln., Vallejo, CA 94591.

6. Debtor's interest in this business is valued at $0 in debtor's schedules. Debtor has claimed a $1.00 exemption under C.C.P. Section 703.140(b)(5).

7. Debtor's 1974 Chevrolet step van used in his business is valued at $600.00 in debtor's schedules. Debtor has claimed this property as fully exempt under C.C.P. Sections 703.140(b)(6).

8. Debtor believes that these assets are of inconsequential value to this estate. Debtor believes that the assets, especially his business, are burdensome to the estate because debtor is operating an ongoing business.

WHEREFORE, the debtor prays for an order granting his motion to require the trustee to abandon his business known as Tony's Ice Cream and his 1974 Chevrolet step van, and that he have such other and further relief to which he may be entitled.

Dated: May 13, 2010

*Diana J. Cavanaugh*
DIANA J. CAVANAUGH Esq.
Attorney for Debtor
BUNTY BAWA